

**KAPUSTA
DEIHL
SCHWEERS**

ATTORNEYS AT LAW

**Cori J. Kapusta**
*Pennsylvania*

**Holly L. Deihl**
*Pennsylvania, West Virginia*

**Benjamin W. Schweers**
*Pennsylvania*

**Anthony J. Bianco**
*Pennsylvania, West Virginia*

February 11, 2019

The Honorable Yvette Kane
U.S. District Court
Middle District of Pennsylvania
228 Walnut St., # 830
Harrisburg, PA 17101

  *Re: NO. 2:18-972: Lou J. Oates, III v. Tropical Fun Zone, LLC*
    *Post-Mediation Settlement Agreement*

Dear Judge Kane:

Plaintiff writes to inform you that the above-referenced case has settled.  As
you are aware, Plaintiff and Defendant scheduled a mediation as mandated
by the Case Management Order.  As a result of the mediation, Plaintiff and
Defendant reached an agreement to settle the matter out of court.  (*See
attached Post-Mediation Settlement Agreement.*)

Should you have any questions regarding the Post-Mediation Settlement
Agreement, please do not hesitate to contact me at  **412-904-5040 ext. 202**.

         Very Truly Yours,

         Benjamin W. Schweers, Esq.

Enclosure

CC: John Croumer, Esq.
  Post & Schell, PC

## POST-MEDIATION SETTLEMENT AGREEMENT

AND NOW, this *17th* day of *January*, 2019, come the parties aforementioned, and agree to a settlement in the amount of $_

### ADDITIONAL TERMS

- PLAINTIFF TO EXECUTE A FULL & FINAL GENERAL RELEASE.
- PLAINTIFF RESPONSIBLE FOR ANY/ALL LIENS.
- SETTLEMENT SUBJECT TO CONFIDENTIALITY TERMS.
- PARTIES TO BEAR OWN COSTS, EXPENSES & ATTORNEYS' FEES.
- DEFENSE TO PAY FULL MEDIATION EXPENSE.

_____    _____
Plaintiff or Representative              Defendant or Representative

_____    _____
Plaintiff or Representative              Defendant or Representative

_____    _____
Plaintiff or Representative              Defendant or Representative

_____    _____
Plaintiff or Representative              Defendant or Representative

_____
Mediator, John M. Noble, Esquire